# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 25-1081** | **September Term, 2024** |
| | **EPA-90FR1041** |

**Filed On: June 17, 2025** [2121129]

Sierra Club,

      Petitioner

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency,

      Respondents

## O R D E R

Upon consideration of the unopposed motion to continue abeyance, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by September 16, 2025.

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                                    BY:   /s/
                                                        Louis Karl Fisher
                                                        Deputy Clerk