# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 25-1081** | **September Term, 2025** |
| | EPA-90FR1041 |
| | Filed On: September 18, 2025 [2135670] |

Sierra Club,

       Petitioner

   v.

Environmental Protection Agency and Lee
M. Zeldin, in his official capacity as
Administrator of the United States
Environmental Protection Agency,

       Respondents

## O R D E R

Upon consideration of the unopposed motion to continue abeyance, it is

    **ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by December 15, 2025.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                  BY:    /s/
                              Louis Karl Fisher
                              Deputy Clerk