# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1081**                                          **September Term, 2025**

**EPA-90FR1041**

**Filed On: December 15, 2025** [2150350]

Sierra Club,

        Petitioner

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency,

        Respondents

**O R D E R**

Upon consideration of the unopposed motion to continue abeyance, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by March 16, 2026.

                                                      **FOR THE COURT:**
                                                      Clifton B. Cislak, Clerk

                          BY:    /s/
                                   Louis Karl Fisher
                                   Deputy Clerk